FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Daniel James Aguilar<br><br>Defendant. | Case No. 18-mj-0495<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>**[Fed.R.Crim.P. 32.1(A)(6);<br>18 U.S.C. § 3143(A)]** |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _District of Arizona_ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Defendant_

failed to appear for substance abuse counseling. Proposed sureties to do not present clear and convincing evidence that there is no risk of flight.

and/or

B.    ☒    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Defendant is using illegal drugs (marijuana) and has been charged with public fighting. He also has a history of prior arrests. Proposed sureties are not sufficient to address this risk of danger to others.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/5/2018

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

2